# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1685
_____

DEVONTE J. MCCOY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

October 10, 2025

PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Devonte J. McCoy, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.